United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

    Plaintiff,

    v.

NEW YORK CITY HOUSING AUTHORITY, et al.,

    Defendants.
_____/

JAMES HA,

    Plaintiff,

    v.

JUSTINE TSENG, et al.,

    Defendants.
_____/

No. C 11-80020 MISC PJH
No. C 11-80021 MISC PJH

**ORDER DENYING SECOND MOTION FOR RECONSIDERATION**

On February 18, 2011, the court issued an order in the above-referenced cases, denying plaintiff's in forma pauperis application and dismissing plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2). Though plaintiff – who had been adjudicated a vexatious litigant in this district – pressed substantively different legal theories in both actions, the court found plaintiff's differing claims in both cases to be either time-barred, or not cognizable as proper causes of action. On March 16, 2011, after plaintiff had filed motions for reconsideration of both February orders, the court denied the reconsideration request, for failure to make an adequate showing that reconsideration was warranted. Now, plaintiff has filed two new motions in each case, entitled "Applications in Routine Matters" and "Motion for Setting Aside or Reconsidering Second Order." These filings,

which are essentially identical to each other, once again request that the court reconsider both its February and March 2011 orders.

Having reviewed plaintiff's filings in both cases, the court finds that plaintiff has failed to present any additional grounds sufficient to meet the standards for reconsideration identified by the court in it's March 16 order. Indeed, much of the substance of plaintiff's filings continues, as before, to be largely incomprehensible. Moreover, to the extent plaintiff is really seeking reconsideration of the order declaring plaintiff a vexatious litigant subject to pre-filing review in this district, that order was issued in a separate proceeding by a different judge than the undersigned. The undersigned is not in the position to reconsider an order issued by a different judge entirely, and the court furthermore notes that its prior February and March orders in the present actions mentioned – but did not rely – upon the unrelated order requiring pre-filing review of plaintiff's complaints.

In sum, and for the foregoing reasons, plaintiff's Application in Routine Matters and corresponding Motion for Setting Aside or Reconsidering Second Order is DENIED. Plaintiff is furthermore instructed to cease and desist the filing of repeated motions for reconsideration, as plaintiff has failed to present any meritorious grounds that would warrant such reconsideration.

Plaintiff may, of course, avail himself of any appeal to which the law entitles him in the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED**.

Dated: April 5, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge